RECEIVED
JUL 16 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES BERNARD TRUMAN | DOCKET NO: 15-CV-1194; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;[1]

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 16th day of July, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The court is cognizant of the fact that the Report and Recommendation includes names of parties not involved in this suit (Virgil Lucas, Cap. Maxwell, Officer Henry, Officer Anderson and Warden Tim Keith, inmate Mitchell and Lathers on page 3); such inclusion was an inadvertent mistake. However, the inclusion of the incorrect names in the text of the report does not bear on the substance of the ruling.